GERALD Y. DEREVYANNY, *pro hac vice*, admission pending
ADLER VERMILLION & SKOCILICH LLP
45 Main Street, Suite 500
Brooklyn, NY 11201
Telephone:  (347) 725-0362
Email:        jerry@adlervermillion.com

G. SCOTT EMBLIDGE, CA SBN 121613
MATTHEW K. YAN, CA SBN 257918
MOSCONE EMBLIDGE SATER & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006
Email:        emblidge@mosconelaw.com
              yan@mosconelaw.com

Attorneys for Plaintiffs
Lime Crime, Inc. and Xenia Vorotova

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIME CRIME, INC., a New York corporation, and XENIA VOROTOVA, | Case No. |
| | **COMPLAINT FOR COPYRIGHT INFRINGEMENT, DEFAMATION, TRADE LIBEL, AND UNFAIR COMPETITION** |
| Plaintiffs, | |
| vs. | |
| MICHELLE JASCYNSKI | **Jury Trial Demanded** |
| Defendant. | |

1.     This is a federal copyright action and an action under California law based on the unauthorized use of copyrighted photographs and false, defamatory statements by Defendant Michelle Jascynski ("Defendant") against Plaintiffs Lime Crime, Inc., ("Lime Crime") and Xenia Vorotova ("Vorotova") (together "Plaintiffs"). Defendant anonymously engaged in a pattern of insidious defamation against Plaintiffs, including accusing Vorotova of being a "fucking money whored scam" and a "slutty whore," and accusing Plaintiffs of running a fraudulent charity auction. Additionally, Defendant infringed Lime Crime's copyrights in two photographs in order to further her smear campaign. Having uncovered Defendant's identity, Plaintiffs bring this action to recover for the damage to their business and reputations.

## PARTIES

2.     Plaintiff Xenia Vorotova is an individual and a citizen of the United States and the State of California. Plaintiff Vorotova is frequently known professionally as "Doe Deere."

3.     Plaintiff Lime Crime, Inc., is a corporation registered under the laws of the State of New York, with its principal place of business in Woodland Hills, California.

4.     Upon information and belief, Defendant Michelle Jascynski is an individual and a citizen of the United States and the State of Georgia.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1332 & 1338 because this is a copyright infringement action arising under 17 U.S.C. § 101 *et seq*. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

6.     This Court has personal jurisdiction over Plaintiffs because they are citizens of the State of California.

7.     This Court has personal jurisdiction over Defendant because she has sufficient minimum contacts with the State of California in that, through her activities, Defendant has purposefully availed herself of the laws of the State of California and/or knew that the effects of her actions would be felt in the State of California.

8.     Venue is proper under 28 U.S.C. § 1391(b)(2) in the Central District of California as a substantial part of the events giving rise to the claim occurred here.

## GENERAL ALLEGATIONS

9.     Lime Crime is a niche cosmetics company known for its premium products, vibrant color palettes, and youth appeal. Its dedication to quality, cruelty-free, and vegan ingredients has earned the company a valuable reputation, and steadily growing sales.

10.    Lime Crime was founded in 2008 by Vorotova, who serves as its Chief Executive Officer, and husband Mark Dumbelton, who serves as Chief Operating Officer.

11.    Vorotova is often known by her professional name, "Doe Deere," and serves as both the CEO and "face" of Lime Crime. As such, references to Lime Crime and Doe Deere are interchangeable and apply to both.

## DEFENDANT'S DEFAMATORY BLOG: DOE DEERE LIES

12.    In or around 2011, Defendant started a blog named "Doe Deere Lies," hosted on Tumblr.com. Doe Deere Lies was the central hub of a network of similar sites run by Defendant. Defendant also controlled a Wordpress.com (another blog-hosting online service) "mirror" site which republished the same content from Doe

Deere Lies starting in February 2013.   Defendant also controlled two Twitter accounts, a Pinterest (an online interest-sharing website centered on sharing lists of photographs) account, and an Instagram (an online photography sharing social network) account that were also used to promote and propagate posts from Doe Deere Lies.

13.   The only contact for Doe Deere Lies and the entire network was an anonymous Google email address: doedeerelies@gmail.com.

14.   Upon information and belief, Doe Deere Lies was a for-profit operation that derived substantial revenue from the sale of advertising space on its website.

15.   The title, Doe Deere Lies, sets the tenor for the blog. From inception, Defendant purported to catalogue the various "lies" and other alleged transgressions of Plaintiffs on Doe Deere Lies.

16.   The centerpiece posting of Doe Deere Lies is a post entitled "The Sordid Tale of Doe Deere," which was last updated on July 22, 2013. (Relevant excerpts are attached hereto as Exhibit A). The post is presented as a factually accurate chronology of all of the alleged transgressions of plaintiffs. But the post contains multiple false, defamatory statements, including:

     a. Defendant falsely accused plaintiffs of committing a serious crime by stating that, in 2007, "[Doe Deere's] PayPal account is suspended due to fraudulent charity raffles." However, no PayPal account connected to Plaintiffs has ever been suspended for any reason, and neither Plaintiff has ever been involved in a fraudulent charity auction.

     b. Defendant further falsely accused Plaintiffs of committing another serious crime by alleging that Plaintiffs "hacked" a competitor's Twitter account. Plaintiffs have never "hacked" any competitor's Twitter account.

c.  Defendant further falsely accused Lime Crime's products of not meeting Food and Drug Administration standards in, at least, April 2013. This allegation was, and is, also false – Lime Crime products do, and have always, met the applicable Food and Drug Administration standards.

17.  Like many websites, Doe Deere Lies labeled its individual posts with "tags" to summarize content and increase viewership. The tags served a function akin to headlines in newspapers. Defendant labeled 749 different posts with the tags "Doe Deere Scam," "Doe Deere Fraud," and "Lime Crime Fraud." In all, Defendant tagged 1,114 posts with the phrase "Lime Crime Scam." All of these tags were and are false; neither of the Plaintiffs is a "scam," nor have either Plaintiff ever engaged in "fraud."

18.  Defendant has also stated that Vorotova is "slutty whore," a "con-artist selling overpriced shit," and a "fucking money whored scam" on Doe Deere Lies. All of these accusations are false and defamatory.

### DEFENDANT REVEALS HER TRUE INTENT: TO CAUSE PLAINTIFFS FINANCIAL HARM

19.  In a July 22, 2013, posting, Defendant provided calculations on Doe Deere Lies estimating the amount of damages in lost sales that Lime Crime has suffered as a direct result of Defendant's actions.   By Defendant's own calculations, Plaintiffs have suffered damages of $4,800 per week since the first post appeared on Doe Deere Lies.

20.  Defendant's purpose in defaming Plaintiffs was to cause them financial harm. Defendant, at a minimum, failed to use reasonable care to determine the truth or falsity of the defamatory statements she published on Doe Deere Lies.

21.     Plaintiffs have suffered pecuniary losses greater than those estimated by Defendant. Plaintiffs have also suffered reputational damage, as certain parties at important industry trade shows have refused to interact with them based on the defamatory postings of defendant.

## DEFENDANT INFRINGES LIME CRIME COPYRIGHTS IN FURTHERANCE OF HER WRONGFUL ACTS

22.     Lime Crime is the owner of the copyrights for two photographs: "Little Mystery" (attached as Exhibit B) and "Crow Portrait" (attached as Exhibit C).

23.     "Little Mystery" has been assigned copyright application no. 1-1465589838, and "Crow Portrait" has been assigned No. 1-1465338041.

24.     Both of these photographs were copied by Defendant and reproduced and published on Doe Deere Lies without authorization from Lime Crime when she posted them to her blog.

## FIRST CAUSE OF ACTION
### (Copyright Infringement)

25.     Plaintiffs incorporate by reference paragraphs 1-24 above as though fully set forth herein.

26.     Lime Crime is the owner of a valid copyright in the photographs named "Little Mystery" and "Crow Portrait."

27.     Defendant has made unauthorized copies and unauthorized distributions of both photographs.

28.     Such copying and distribution constitute infringement of Lime Crime's trademarks under 17 U.S.C. § 101 et seq.

29.     Defendant's copying was willful.

30.     As a direct and proximate result of Defendant's actions, Plaintiffs' have suffered harm and are entitled to recover all damages provided under law.

## SECOND CAUSE OF ACTION
### (Defamation/Libel)

31.     Plaintiffs incorporate by reference paragraphs 1 through 30 above as though fully set forth herein.

32.     Defendant published the false statements contained in ¶¶ 16-18.

33.     Defendant published these false and defamatory statements with malice in that Defendant knew the statements were false, or, at a minimum, acted with negligence as to their truth or falsity.

34.     Plaintiffs are entitled to actual, assumed, and punitive damages for loss of reputation, shame, mortification, hurt feelings, and emotional distress in accordance with proof at trial.

35.     As a direct result of Defendant's wrongful acts, Plaintiffs have suffered lost sales, other damage, and has suffered indelible marks on their reputations. At a minimum, by Defendant's own estimate, their lost sales damages amount to approximately $249,600 ($4800 per week multiplied by 52 weeks).

36.     Defendant acted with reckless, willful or callous disregard for Plaintiffs' rights and with malice, fraud or oppression toward Plaintiffs, thereby entitling Plaintiffs to an award of punitive damages in accordance with proof at trial.

## THIRD CAUSE OF ACTION
### (Trade Libel)

37.      Plaintiffs incorporate by reference paragraphs 1 through 36 above as though fully set forth herein.

38.     Defendant's statements regarding Plaintiffs' products were intentional disparagements of those products.

39.     Defendant's disparagements caused Plaintiffs lost sales and induced others not to deal with Plaintiffs.

40.     Plaintiffs suffered special damages in the form of lost sales as a direct and proximate result of Defendant's intentional disparagements.

## FOURTH CAUSE OF ACTION
### (Unfair Competition, Cal. Bus. & Prof. Code § 17200 *et seq.*)

41.     Plaintiffs incorporates by reference paragraphs 1 through 40 above as though fully set forth herein.

42.     Defendant's business acts or practices described above were unlawful as they violated California state laws on defamation and intentional interference with prospective economic advantage.

43.     Defendant's business acts or practices described above were fraudulent as they constituted the intentional dissemination of known falsehoods about Plaintiffs, which were likely to deceive members of the public.

44.     As a direct and proximate result of Defendant's unlawful and fraudulent business acts and practices, Plaintiffs have suffered substantial damages in excess of $75,000, including lost income, loss of business opportunities, and irreparable damage to their reputation, goodwill, and standing in the community.

## JURY DEMAND

45.     Plaintiffs hereby demands trial by jury.

## PRAYER

WHEREFORE, Plaintiffs pray for relief as follows:

1.     For compensatory and consequential damages in excess of $249,600;

2.     For actual and statutory damages and disgorged profits to the extent provided under 17 U.S.C. § 504

3.     For costs of suit;

4.     For punitive damages, and;

5.     For such other relief as the Court may deem just and proper.

1
2  Dated:  May 30, 2014                    Respectfully Submitted,
3                                          MOSCONE EMBLIDGE SATER & OTIS
                                           LLP
4
5
6                                          By:  _____
                                                 G. Scott Emblidge
7                                                Matthew K. Yan
8                                          Attorneys for Plaintiffs Xenia Vorotova
                                           and Lime Crime, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



comments on Megan's post letting her know she disagrees with Xenia's actions.

May - Amy's comments in another MeanestBastard post seem to suggest her friendship with Xenia is over due to how she treats other people.

**2006**

Lime Crime the clothing line shuts down and Xenia focuses on her make up tutorials and begins selling repackaged glitter on her website. Her personal style changes from bold and bright colors to soft and feminine pastels as her website relaunches. She briefly returns to making clothing under the moniker "A Little Country for an Urban Girl" , but many of her designs seemed to be copies of Supayana's work.

**2007**

April - Xenia raises $200 in a raffle for "The Brooklyn Shelter" when no animal shelter exists in New York City under that name. Her PayPal account is reported when the facts don't add up.

May - Xenia's PayPal account is suspended due to the fraudulent charity raffle.

July - Xenia posts a blog explaining that she only resold a fur coat because it was her mom's and that she still will continue to wear furs she owns. She also begins supporting the charity Bid-A-Wee.

October - Xenia relaunches her music career under the pseudonym Doe Deere.

November - Xenia writes about teaching children not to be cruel to animals and not supporting the clubbing of seals; the blog post has a very different attitude toward fur and animal rights than her previous post in July.

Xenia begins promoting her single "SF Disco", declaring it a "gay anthem" and describes how alluring she finds gay men in heavily stereotyped terms:

"While on the subject, let me say something I've been wanting to say for a long time. I love gay men. It's mutual - every single one that I'd met so far has been so incredibly nice to me. Gay men are mysterious creatures… Usually big on pop culture, they have immaculate taste and tend to latch onto artists of big talents and with big futures (Madonna, Kylie Minogue, Cher, Bjork). Simply put, gay men know good shit and do not tolerate crap.Which is why it is so amazing for me to have their support in this… Writing a song is the least I can do. Really, guys. Thank you for being the way you are and bringing color into the world."

Would you like to make Internet Explorer your default browser?



March - Temptalia publishes her review of Lime Crime lipsticks, giving them a C- grade overall. Xenia comments on the review thanking Christine for her critiques and responds to some of her concerns with the lipstick formula. However, Xenia then sends her street team Christine's personal email address to send her their opinions on how wonderful Lime Crime lipsticks are to her directly or comment on her website. In response to having her email put in the newsletter, Christine decides to not review any more Lime Crime products on her blog.

August - A commenter named Rosalie calls Xenia out for her treatment of Christine of Temptalia and Grey of LeGothique. In response, Xenia says that Christine's review wasn't objective and that she has evidence to prove otherwise. Despite being requested to provide proof that Christine wasn't fair in her review, she never posts anything supporting her argument. Christine responds simply by reiterating that she didn't find Lime Crime's actions to be professional and that she has no interest in reviewing their products.

September - ModCloth interviews Xenia as the blogger of the moment and the comments again go back to the repackaging controversy and other questionable business practices. Mod Cloth apologizes for disappointing their fans in choosing to feature Xenia on their website.

November - Amy's twitter is hacked and just happens to re-tweets a Lime Crime tweet.

December - Xenia announced the launch of gel eyeliners

**2011**

January - Xenia answers a Formspring question (now deleted) about the duct taped dress that was sold to Lillian Low's mother and again insinuates that Lillian made it all up. In response to this, Lillian fully explains what happened between her and Xenia, including posting emails they exchanged that refute what Xenia said in her answer.

February - Xenia and Mark relocate to Los Angeles

March - Xenia goes to Japan LA charity event for the tsunami victims; accused on the Examiner thread of only being there to take pictures with Amy's friends.

The Pop Romance collection of lipsticks launches; however, the promotional images are found to be heavily edited (as pointed out here by a commenter named Justine) but Xenia denies photoshopping the photos for anything beyond artistic purposes.

Xenia and Mark foster a pair of bonded Persian kittens, but decide to only adopt one despite the

   



that was being promoted back in April.

September - Promotion of the Alchemy collection begins.

October - A promotional image for the Alchemy Palette are found to be stolen from Eclectic Enchantments, a store on Etsy. When Storm Eldermoon, the owner of the image, confronts Lime Crime over this she receives a very unprofessional email from Lime Crime's "legal team".

An image from Christine's original review is used without credit on the Lime Crime facebook page, prompting Christine to have to personally ask for her image to be taken down.

November - Velvetines liquid lipstick and Zodiac cosmetic glitters launch, along with the introduction of a "fairytale mirror". The mirror is quickly found on Ali Baba.

December - The fairytale mirror is found to be wholesaled at $3.35/piece but retails for $29.99. Bree confronts Lime Crime about this, but her comments are deleted from their Facebook page.

**2013**

January - A customer reports receiving a Carousel Gloss containing hair in the product.

March - Lime Crime is accused of stealing earnings from their affiliates as a former affiliate comes forward with her experience and emails from Lime Crime's customer service.

April – A customer reports having an allergic reaction to Lime Crime's eye primer; more customers begin reporting their experiences to the FDA

May - Lime Crime is again caught using blogger Lanah Grace's photo to promote their products without asking for permission or compensating her for using her image. When she contacted Lime Crime about this, there was no apology offered nor was she given any compensation for helping advertise their product. The image however was removed.



EXHIBIT B



# EXHIBIT C

