GERALD Y. DEREVYANNY, *pro hac vice*, admission pending
ADLER VERMILLION & SKOCILICH LLP
45 Main Street, Suite 500
Brooklyn, NY 11201
Telephone: (347) 725-0362
Email: jerry@adlervermillion.com

G. SCOTT EMBLIDGE, CA SBN 121613
MATTHEW K. YAN, CA SBN 257918
MOSCONE EMBLIDGE SATER & OTIS LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006
Email: emblidge@mosconelaw.com
      yan@mosconelaw.com

Attorneys for Plaintiffs
Lime Crime, Inc. and Xenia Vorotova

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIME CRIME, INC., a New York corporation, and XENIA VOROTOVA, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHELLE JASCYNSKI <br><br> Defendant. | Case No. 2:14-cv-04191-PSG-MPW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **Fed. R. Civ. P. 41(a)** |

NOTICE OF VOLUNTARY DISMISSAL　　　　1　　　　Case No.: 2:14-cv-04191-PSG-MPW

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
3  41(a), Plaintiffs Lime Crime, Inc. and Xenia Vorotova voluntarily dismiss this
4  action in its entirety without prejudice.

7  Dated: June 4, 2014

    MOSCONE EMBLIDGE SATER & OTIS LLP

    By: _____
        G. Scott Emblidge
        Matthew K. Yan

Attorneys for Plaintiffs Xenia Vorotova and Lime Crime, Inc.

NOTICE OF VOLUNTARY DISMISSAL     2     Case No.: 2:14-cv-04191-PSG-MPW